IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW JAMES NUGENT,

    Plaintiff,

  vs.                            No. CIV. S-09-1154 MCE GGH PS

VACAVILLE CHRISTIAN SCHOOL, et al.,

    Defendants.        ORDER

_____/

      On June 1, 2009, plaintiff was directed to submit a completed application and affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee. He was also ordered to submit an amended complaint within thirty days. After two extensions of time, plaintiff has now submitted only the application to proceed in forma pauperis.

      Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

      Plaintiff will be given one more opportunity to file an amended complaint in accordance with the directives in this court's June 1, 2009 order, before his action is dismissed.

\\\\\

\\\\\

\\\\\

1

1 | Good cause appearing, IT IS ORDERED that:

2 |     1. Plaintiff's request for leave to proceed in forma pauperis is granted.

3 |     2. Within thirty days of this order, plaintiff shall file an amended complaint.

4 | Failure to file an amended complaint will result in a recommendation that this action be

5 | dismissed.

6 | DATED: September 21, 2009

7 |                /s/ Gregory G. Hollows

8 |                GREGORY G. HOLLOWS
               UNITED STATES MAGISTRATE JUDGE

10 | GGH/076
Nugent1154.ifp.wpd